**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-cv-60447-MIDDLEBROOKS

HERIBERTO JIMENEZ
RAMIREZ,

        Petitioner,

v.

MITCHELL DIAZ, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and

Recommendations ("Report"), issued on March 11, 2026. (DE 8). The Report recommends

granting Petitioner Heriberto Jimenez Ramirez's petition for habeas corpus relief pursuant to 28

U.S.C. § 2241. (*Id.*).

I have conducted a de novo review of the Report, applicable law, and the record as a

whole. Upon review, I agree with Magistrate Judge Augustin-Birch's conclusion that Mr.

Ramriez's Petition should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)    Magistrate Judge Augustin-Birch's Report (DE 8) is hereby **ADOPTED.**

(2)    Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is

**GRANTED**, as set forth in the Report. Accordingly, Respondent shall either afford

Petitioner a prompt, individualized bond hearing before an immigration judge or release

Petitioner.

(3)     The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending

motions as **MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 19 day of March, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record